IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH   NORTHERN DIVISION

| | |
|---|---|
| LESTER DEE BAKER,<br><br>              Plaintiff,<br><br>vs.<br><br>CRAIG D. STOREY, DAVID E. WEISKOPF, and JARED ORTGIESEN,<br><br>              Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR EXTENSION OF TIME**<br><br><br>Case No. 1:06-CV-00045 PGC |

      Before the court is the Report and Recommendation issued by United States Magistrate Judge Nuffer on September 22, 2006, recommending that this court grant defendants' motion to dismiss. Also before the court is plaintiff Lester Lee Baker's motion for extension of time to respond to the motion to dismiss.

      The parties have been properly notified of their right to object to the Report and Recommendation and that they must file any objections with the clerk of the court within ten (10) days after receiving it, pursuant to 28 U.S.C. § 636(b). The court has not received any objections from the parties.

      Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the court ADOPTS the Report and Recommendation and

GRANTS the defendants' motion to dismiss. The court DENIES Mr. Baker's Motion for Extension of Time to File a Response/Reply to the Motion to Dismiss (# 23).

    Accordingly, this case is dismissed with prejudice in its entirety. The clerk of the court is directed to enter judgment accordingly, with each party to bear its own fees and costs, and to close this case.

    DATED this 18th day of October, 2006.

                            BY THE COURT:

                            _____
                            Paul G. Cassell
                            United States District Judge